# IN THE SUPREME COURT OF THE STATE OF NEVADA

JMA ARCHITECTS, INC.,
                    Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
JOANNA KISHNER, DISTRICT
JUDGE,
                    Respondents,
         and
PERINI BUILDING COMPANY, AN
ARIZONA COMPANY,
                    Real Party in Interest.

No. 72085

**FILED**

JUN 14 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY ___S. Young___
        DEPUTY CLERK

## *ORDER DISMISSING PETITION*

Petitioner has filed a motion to withdraw its petition for writ of prohibition and/or mandamus. The motion to withdraw is construed as a motion to voluntarily dismiss the petition and, cause appearing, the unopposed motion is granted. Accordingly, the petition is dismissed, with each party to bear its own fees and costs. NRAP 42(b).

It is so ORDERED.[1]

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: ___B. Mooneyhan___

---

[1]Petitioner's motion also requests that the stay entered by the court on April 13, 2017, be lifted; as the stay was lifted by the court on April 27, 2017, this order does not address that request.

17-19776

cc: Hon. Joanna Kishner, District Judge
Messner Reeves LLP
Lewis Roca Rothgerber Christie LLP/Las Vegas
Bremer Whyte Brown & O'Meara, LLP
Eighth District Court Clerk